■ RONDAVEL MANAGEMENT CORPORATION, Respondent, v PRIME MANAGEMENT COMPANY, INC., Appellant. (And Another Related Action.)—Appeal (transferred to this court by order of the Appellate Division, Second Department) from a judgment of the Supreme Court (Hopkins, J.H.O.), entered August 15, 1990 in Rockland County, upon a decision of the court in favor of plaintiff.

Judgment affirmed, with costs, upon the opinion of Judicial Hearing Officer James D. Hopkins.

Weiss, P. J., Mikoll, Yesawich Jr. and Levine, JJ., concur. Ordered that the judgment is affirmed, with costs.